UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-60129-KMM

UNITED STATES OF AMERICA

v.

MICHEAL L. MEYER,

      Defendant.

**NOTICE ON FORFEITURE**

The United States of America (the "United States"), by and through the undersigned Assistant United States Attorney, hereby files this notice on forfeiture.

On April 11, 2024, the Court entered a Judgment, ECF No. 72, directing the United States to file a preliminary order of forfeiture within three days. The United States is not pursuing federal judicial forfeiture at this time.

Respectfully submitted,

**MARKENZY LAPOINTE**
**UNITED STATES ATTORNEY**

By:    *s/ Jorge R. Delgado*
       Jorge R. Delgado
       Assistant United States Attorney
       Florida Bar No. 084118
       U.S. Attorney's Office
       500 E. Broward Blvd., Suite 700
       Fort Lauderdale, FL 33394
       Telephone: (954) 660-5954
       E-mail: Jorge.Delgado2@usdoj.gov