UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:23-cr-60129-KMM-1

UNITED STATES OF AMERICA,

v.

MICHAEL L. MEYER,

    Defendant.
_____

## ORDER

THIS CAUSE came before the Court upon the Government's Motion for Restitution Order and to Seal Attached Exhibit. ("Mot.") (ECF No. 74). Therein, the Government requests this Court's entry of a proposed Restitution Order and to file under seal an exhibit identifying the outstanding restitution owed by Defendant and his conspirators. *Id.* at 1. Defendant does not oppose the submission of the exhibit under seal. *Id.* at 2.

UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the Motion (ECF No. 74) is GRANTED. Defendant Michael L. Meyer shall pay restitution to the Internal Revenue Service ("IRS") in the total amount of $12,136,014.34 ("Total Restitution Amount"). The total amount of restitution consists of the taxes owed to the IRS in attached UNDER SEAL Exhibit A as of April 12, 2024. It is further ORDERED that:

1. Defendant shall be jointly and severally responsible for the Total Restitution Amount owed jointly and severally with others convicted of the same conspiracy.

2. Defendant shall receive credit against the Total Restitution Amount for any restitution payments, including interest, made by other co-conspirators and

payments made by clients to the IRS for the tax years listed in the restitution chart (Exhibit A).

3. For each of the tax returns listed in Exhibit A, Title 26 interest shall accrue from the last date prescribed for payment of the relevant tax liability until the IRS receives payment in full.

4. Notwithstanding any other provision of this Restitution Order, or the Judgment imposed, including any directive to make periodic payments, restitution is due in full and payable immediately.

5. During his incarceration, Defendant is encouraged to participate in the Federal Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the financial plan in the following paragraph, and to meet Defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

6. If restitution is not paid in full immediately, Defendant shall pay 10 percent of his net income, beginning 60 days after release from any period of confinement.

7. All payments made pursuant to the Court's Restitution Order are to be sent to the Clerk of the Court at the following address:

>   Wilkie D. Ferguson, Jr.
>   U.S. Courthouse
>   400 North Miami Avenue
>   Room 8N09
>   Miami, Florida 33128

8. With each payment to the Clerk of the Court, Defendant shall provide the following information:

    a. Defendant's name and Social Security Number;

    b. The District Court docket number assigned to this case;

    c. The tax year(s) or period(s) for which restitution has been ordered; and

    d. A statement that the payment is being submitted pursuant to the District Court's restitution order.

9. Defendant shall also send a notice of any payments made pursuant to this restitution order, including the information listed in the previous paragraph, to the IRS at the following address:

> IRS - RACS
> Attn: Mail Stop 6261, Restitution
> 333 W. Pershing Ave.
> Kansas City, MO 64108

10. No delinquent or default penalties will be imposed except upon Order of the Court.

DONE AND ORDERED in Chambers at Miami, Florida, this  2nd   day of May, 2024.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c:      All counsel of record